

Kimberly Smiley
Paralegal

Akerman LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL 33301

D: 954 759 8929
T: 954 463 2700
F: 954 463 2224
kimberly.smiley@akerman.com

March 9, 2023

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3489

Re:   Securities & Exchange Commission v. BKCoin Management, LLC, et al.
      U.S. District Court, Southern District of Florida
      Case No.: 23-20719-Civ-Scola

Dear Sir/Madam:

Please be advised that on February 24, 2023, Michael I. Goldberg of this law firm was appointed as Receiver in the above-referenced matter by the U.S. District Court for the Southern District of Florida.[1]

Pursuant to 28 U.S.C. § 754, we are filing the enclosed certified copies of the Complaint, Order Appointing Receiver and Order Reappointing Receiver in order to perfect the Receiver's jurisdiction and control over property in this district. Enclosed is check in the amount of $49.00 for the miscellaneous filing fee as well as a stamped self-addressed return envelope to obtain a file-stamped copy of same.

Please feel free to contact me at (954) 759-8929 should you have any questions regarding the foregoing or enclosures.

Sincerely,

*Kim Smiley*

Kim Smiley
Florida Registered Paralegal

Encls.

---

[1] On March 7, 2023, the Court reappointed Mr. Goldberg as Receiver to reestablish the 10-day deadline under 28 U.S.C. § 754 which requires him to file copies of the complaint and appointment order in other districts in which property may be located.

69159783;1